**LO & LO LLP**
KELVIN J. LO (SBN 314611)
506 North Garfield Avenue, Suite 280
Alhambra, California 91801
Telephone: 626.289.8838
Facsimile: 626.380.3333
Email: kelvin@lolollp.com

Attorneys for Plaintiff
SEMSOTAI USA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMSOTAI USA, INC.; a California corporation,<br><br>                    Plaintiff,<br><br>       v.<br><br>TRUIST BANK, INC., a North Carolina corporation; and Does 1 through 20, inclusive;<br><br>                    Defendants. | Case No. 8:24−cv−01563−JWH−JDE<br><br>**NOTICE OF SETTLEMENT; REQUEST TO FURTHER EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT; [PROPOSED] ORDER**<br><br>Complaint served: 07/13/2024<br>Current response date: 08/21/2024 |

**PLEASE TAKE NOTICE** that the parties have reached a settlement in principle resolving all claims in this action. The settlement calls for a production of documents, the scope of which has been agreed to, by defendant TRUIST BANK, INC. ("Defendant"), in exchange for a dismissal of this action with prejudice by plaintiff SEMSOTAI USA, INC. ("Plaintiff").

Plaintiff respectfully requests that Defendant's deadline to answer or otherwise respond to the Complaint, which is currently August 21, 2024, be extended by 60 days to allow sufficient time for the settlement to consummate.

1  DATED: August 20, 2024              Respectfully submitted,

2                                       LO & LO LLP

3

4

5                                       By: */s/ Kelvin J. Lo*

6                                       Kelvin J. Lo
                                        Jonathan J. Lo
7                                       Attorneys for Plaintiff
                                        SEMSOTAI USA, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**[PROPOSED] ORDER**

The Court, having considered Plaintiff's request to further extend the time for Defendant to respond to the initial complaint, and good cause appearing, and no prejudice to any parties appearing, IT IS HEREBY ORDERED that Defendant's responsive pleading deadline is hereby extended to and includes _____, 2024.

DATED:

_____
Honorable John W. Holcomb
United States District Judge



# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2024, a copy of the foregoing **NOTICE OF SETTLEMENT; REQUEST TO FURTHER EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT; [PROPOSED] ORDER** was filed electronically, and is available for viewing and downloading through the Court's CM/ECF System. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to any parties that are unable to accept electronic filing as indicated on the Notice of Electronic Filing:

*/s/ Kelvin J. Lo*