# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMSOTAI USA, INC., | Case No. 8:24-cv-01563-JWH-JDEx |
| Plaintiff, | **JUDGMENT** |
| v. | |
| TRUIST BANK, INC., a North Carolina corporation; and Does 1 through 20, inclusive, | |
| Defendants. | |

Pursuant to the Scheduling Notice and Order [ECF No. 10] entered on or about August 21, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED.**
2. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: October 29, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE